ARNOLD & PORTER KAYE SCHOLER LLP
E. Alex Beroukhim (SBN 220722)
(alex.beroukhim@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4059
Fax: (213) 243-4199

PARKER MILLIKEN CLARK O'HARE and
SAMUELIAN PC
Richard A. Clark (SBN 39558)
(rclark@ pmcos.com)
Steven Robert Platt (SNB 245510)
(splatt@pmcos.com)
555 South Flower St., 30th Floor
Los Angeles, CA 90071
Tel: (213) 683-6500
Fax: (213) 683-6669

SHOOK, HARDY & BACON L.L.P.
Paul B. La Scala (SBN 186939)
(plascala@shb.com)
Mayela C. Montenegro (SBN 304471)
(mmontenegro@shb.com)
5 Park Plaza, Suite 1600
Irvine, CA  92614
Tel: (949) 475-1500
Fax: (949) 475-0016

Attorneys for Defendant
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CORTES,<br><br>Plaintiff,<br><br>vs.<br><br>MONSANTO COMPANY et al.,<br><br>Defendants. | Case No: 8:19-cv-00117-JVS-KES<br><br>Judge: Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Currently before the Court is the parties' Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties agree

- 1 -

1  to dismiss this action in its entirety, and each party is to bear their own costs.
2  Good cause appearing therefor, the Joint Stipulation for Dismissal is GRANTED.
3  The Clerk shall close the file.

Dated: 7/26/19

_____
Hon. James V. Selna
United States District Judge